**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Edwin ZACARIAS–LOPEZ,**
**Defendant–Appellant.**

No. 13–41011.

United States Court of Appeals, Fifth Circuit.

Oct. 23, 2014.

Eileen K. Wilson, Assistant U.S. Attorney, Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Assistant Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Margaret Christina Ling, Assistant Federal Public Defender, Scott Andrew Martin, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before KING, DENNIS and CLEMENT, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that appellee's unopposed motion to vacate the appellant's sentence, to summarily remand the case to the United States District Court for the Southern District of Texas, Brownsville for resentencing, and to cancel the pending oral argument is GRANTED. SENTENCE VACATED; CASE REMANDED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.